## Tyson's Estate.

Argued November 29, 1939.   Before KEPHART, C. J.,
SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*C. Wilfred Conard,* with him *George M. Miller, Jr.,*
and *Conard & Middleton,* for appellant.

*Morris H. Goldman, Bernard Eskin* and *Wolf, Block,
Schorr & Solis-Cohen,* for appellees, were not heard.

PER CURIAM, December 8, 1939:
The court below held that a letter from decedent to
his sister, stating "I am making out my will leaving
my securities to you," where no such will was found,
did not itself constitute a will.   As the writing mani-
festly referred to another paper as decedent's will, the
decision of the court below is clearly correct, and no
discussion is necessary.   See *Stein's Lessee v. North,*

498

3 Yeates 324, 325; *McCune's Estate,* 265 Pa. 523, 528; *Kauffman's Estate,* 283 Pa. 375, 377.

Decree affirmed at appellant's cost.